UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL D. SMITH, | ) | |
| Plaintiff, | ) ) | Civil Action No. 3: 21-008-DCR |
| v. | ) ) ) | |
| FRANCES CATRON CADLE, et al., | ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Michael D. Smith's Complaint [Record No. 1] is **DISMISSED** with prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated: March 2, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky